UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>I. CEBALLOS, et al.,<br><br>　　　　　　　Defendants. | No. 1:19-cv-01353-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2019, the assigned magistrate judge screened the complaint and found that plaintiff had stated a cognizable claim against defendant N. Vera for retaliation and deliberate indifference; and against defendant D. Allison for retaliation and deliberate indifference; defendant I. Ceballos for retaliation, excessive force, and deliberate indifference; defendant I. Medina for retaliation and excessive force; defendant D. Fugate for excessive force; and an unidentified correctional officer for retaliation and deliberate indifference. (Doc. No. 8 at 16–17.) However, the magistrate judge also determined that plaintiff's claim against named defendant N. Vera was improperly joined in this action under Rule 18 and 20 because plaintiff's claim against

/////

1

| | |
|---|---|
| 1 | defendant N. Vera did not arise out of the same transaction, occurrence, or series of transactions |
| 2 | as the other cognizable claims identified in the complaint. (*Id.* at 17.) |
| 3 | Plaintiff was granted leave to file an amended complaint or notify the court of his |
| 4 | willingness to proceed only on the claims found to be cognizable in the screening order. (*Id.* at |
| 5 | 18.) If plaintiff chose to proceed only on the cognizable claims identified in the screening order, |
| 6 | plaintiff was directed to specify whether he wished to proceed on the claim against defendant N. |
| 7 | Vera or the claims against the other defendants. (*Id.*) On October 24, 2019, plaintiff notified the |
| 8 | court of his willingness to proceed only on the cognizable claim against defendant N. Vera |
| 9 | identified by the magistrate judge in the screening order. (Doc. No. 9.) |
| 10 | Consequently, on November 1, 2019, the assigned magistrate judge issued findings and |
| 11 | recommendations, recommending that this action proceed on plaintiff's claim against defendant |
| 12 | N. Vera for retaliation and deliberate indifference, and that all of his other claims be dismissed.[1] |
| 13 | (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice |
| 14 | that any objections thereto were to be filed within fourteen days after service. (*Id.* at 2.) No |
| 15 | objections have been filed and the time in which to do so has now passed. |
| 16 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this |
| 17 | court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the |
| 18 | court concludes that the findings and recommendations are supported by the record and proper |
| 19 | analysis. |
| 20 | ///// |
| 21 | ///// |
| 22 | ///// |
| 23 | ///// |
| 24 | ///// |
| 25 | ///// |

---

[1] The findings and recommendations recommended that all other claims and defendants be dismissed for failure to state a claim. (Doc. No. 10 at 2.) However, given that in the screening order the court concluded that plaintiff has stated other cognizable retaliation claims, those claims will be dismissed without prejudice in accordance with plaintiff's consent. (*See* Doc. No. 9.)

Accordingly,

1. The findings and recommendations issued on November 1, 2019 (Doc. No. 10) are adopted;
2. This action shall proceed only on plaintiff's claim against defendant N. Vera for retaliation and deliberate indifference;
3. All other claims and named defendant are dismissed from this action without prejudice to plaintiff's filing of a separate action asserting those claims; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 6, 2020**

UNITED STATES DISTRICT JUDGE